STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
ellen_leonida@fd.org

Counsel for Defendant
GENARO DOMINGUEZ CHAVEZ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GENARO DOMINGUEZ CHAVEZ,<br><br>Defendant. | 4-13-70375 MAG<br><br>STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; ORDER |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the arraignment date of April 24, 2013 presently scheduled at 9:30 a.m., before the Honorable Donna M. Ryu, be vacated and re-set for May 9, 2013 at 9:30 a.m.

The requested continuance is necessary because defense counsel has recently received discovery and requires times to review it. The parties are presently negotiating a potential pre-indictment plea. The parties agree that an extension of time for the filing of an indictment, pursuant to 18 U.S.C. § 3161(b) and (h), is in the best interest of the defendant and the government and will provide the parties with necessary time to review discovery in the case and discuss a plea agreement.

The parties agree and stipulate that the time until May 9, 2013 should be excluded, under

18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv), because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The parties further agree that the time for conducting a preliminary hearing should be extended, under Rule of Criminal Procedure 5.1(d) for the reasons stated above and with the consent of the defendant. The continuance is necessary to afford the Defendant effective preparation of counsel.

Date: April 23, 2013  /s/
ELLEN V. LEONIDA
Assistant Federal Public Defender
Counsel for defendant Genaro Chavez

Date: April 23, 2013  /s/
KEVIN J. BARRY
Assistant United States Attorney

**ORDER**

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to afford the defendant effective preparation of counsel.  Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to May 9, 2013 at 9:30 a.m., before the Oakland Duty Magistrate, and that time is excluded until May 9, 2013 pursuant to 18 U.S.C. § 3161(h)(7)(a) and 18 U.S.C. §3161(h)(7)(B)(iv).  For good cause, and with the consent of the defendant, the time for conducting a preliminary hearing is extended to May 9, 2013 pursuant to Rule 5.1(d).

IT IS SO ORDERED.

4/23/2013
Date

HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

4-13-70375 MAG
Stipulation to Continuance; Order                 2